# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

ROBERT J. WEHR,                          CASE NO. 1:09-cv-02124-SMS

                    Plaintiff,           ORDER GRANTING PLAINTIFF'S
                                         APPLICATION TO PROCEED
          v.                             IN FORMA PAUPERIS

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.           (doc. 2)
_____/

          Plaintiff Robert J. Wehr is proceeding pro se in this action seeking judicial review of a final

decision of the Commissioner of Social Security denying plaintiff's application for benefits.  Pending

before the court is plaintiff's motion to proceed in forma pauperis, filed December 7, 2009.  Plaintiff

has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly,

plaintiff's request to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915(a).


IT IS SO ORDERED.

**Dated:    January 5, 2010**              _____/s/ Sandra M. Snyder_____
                                         UNITED STATES MAGISTRATE JUDGE